UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NEULAN MIDKIFF,	Civil No. 10-4620 PJS/AJB

    Plaintiff,

v.	O R D E R

ERIC HOLDER, JR., U.S. DEPARTMENT
OF JUSTICE, B. TODD JONES, U.S.
DISTRICT COURT FOR THE DISTRICT
OF MINNESOTA, and U.S. COURT OF
APPEALS FOR THE EIGHTH CIRCUIT,

    Defendants.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated November 23, 2010, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

This action is summarily **DISMISSED** for lack of jurisdiction.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: December 14, 2010.                s/Patrick J. Schiltz
                                                              Patrick J. Schiltz
                                                              United States District Judge